Johnny Austin BENTON *v*. STATE of Arkansas

CR 96-145                                     915 S.W.2d 284

Supreme Court of Arkansas
Opinion delivered February 19, 1996

*Edgar R. Thompson*, for appellant.

No response.

PER CURIAM. Appellant, Johnny Austin Benton, by his attorney, Edgar R. Thompson, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.